1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Chief, Criminal Division
3  STEVEN R. WELK
   Assistant United States Attorney          JS 6a
4  Chief, Asset Forfeiture Section
   LISABETH SHINER
5  Special Assistant United States Attorney
   Asset Forfeiture Section
6  California Bar No. 151792
       Federal Courthouse, 14th Floor
7      312 North Spring Street
       Los Angeles, California 90012
8      Telephone:  (213) 894-6528
       Facsimile:  (213) 894-7177
9      Lisabeth.Shiner@usdoj.gov

10 Attorneys for Plaintiff
   United States of America

11

12                 UNITED STATES DISTRICT COURT

13             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                        WESTERN DIVISION

15 UNITED STATES OF AMERICA,        )
                                    )   NO.  CV 09-0641 DSF (AJWx)
16                 Plaintiff,       )
                                    )
17            v.                    )
                                    )   **CONSENT JUDGMENT**
18 SIXTY-ONE (61) ASSORTED ITEMS OF )
   JEWELRY IN SAFE DEPOSIT BOX #482,)
19                                  )
                   Defendant.       )
20                                  )
                                    )
21 ─────────────────────────────────)
                                    )
22 FRANCISCO REAL,                  )
                                    )
23                 Claimant.        )
   ─────────────────────────────────)

24

25      On January 28, 2009, this civil forfeiture action was filed

26 against sixty-one (61) assorted items of jewelry (the "defendant

27 jewelry"), which were seized on June 25, 2008 during the

28 execution of a search warrant.  Notice was given and published in

accordance with law.  Claimant Francisco Real ("claimant") filed a claim in this matter on March 6, 2009.  No other claims or answers have been filed, and the time for filing claims and answers has expired.  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.  This Court has jurisdiction over the parties and the subject matter of this action.

2.  Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.  The United States of America shall have judgment as to the following items of defendant jewelry, and no other person or entity shall have any right, title or interest therein:

| ITEM NUMBER | DESCRIPTION |
|---|---|
| 1. | One 14K 2-Tone Necklace With 70 PT Diamond; |
| 2. | One 14D yellow Gold Ring With Non-Diamond Stones; |
| 3. | One 14K 2-Tone Bracelet; |
| 4. | One 14K Yellow Gold Ring With .75 KT Diamond; |
| 5. | One 14K Yellow Gold Onyx Ring; |
| 6. | One 14K Yellow Gold Link Bracelet; |
| 7. | One 14K Yellow Gold Earring With 50 PT Sapphire and 32 PT Diamond; |

/ / /

| ITEM NUMBER | DESCRIPTION |
|---|---|
| 8. | One 14K Yellow Gold Bracelet (3 loose charms); |
| 9. | One 14K Yellow Gold Cross Pendant With Non-Diamond Stones; |
| 11. | One 14K Yellow Gold Earring With 1.00 CT WT Pave Diamond; |
| 12. | One 14K Yellow Gold Hoop Earring With Non-Diamond Stones; |
| 13. | One 14K Yellow Gold Bracelet With Onyx and Amber; |
| 14. | One 14K Yellow Gold Bracelet With Name "ODEN"; |
| 15. | One 14K Yellow Gold Link Chain With Cross; |
| 16. | 18K Geneve Watch With 1.00 CT WT Diamond bearing serial number 941 V1; |
| 17. | One 14K Yellow Gold Nugget Geneve Watch bearing serial number 649904; |
| 18. | One 14K Yellow Gold Bracelet With 1.90 CT ST Diamond; |
| 19. | One 10K Yellow Gold Cross Pendant With Non-Diamond Stones; |
| 20. | One 14K Yellow Gold 2-Tone Link Chain; |
| 21. | One 14K Yellow Gold Ring With 1.00 CT Total WT Marquise And Baguette Diamonds; |
| 22. | One Pair 14K White Gold Earrings With 0.50 CT Diamond; |
| 23. | One 14K Yellow Gold Ring; |

| ITEM NUMBER | DESCRIPTION |
|---|---|
| 24. | One 14K Yellow Gold Bracelet; |
| 25. | One 14K White Gold Ring With 40 PT Diamond; |
| 26. | One Pair 14K Yellow Gold Earrings With .050 CT WT Diamond and 1.50 CT Amethyst; |
| 28. | One 14K 2-Tone Elephant Bracelet; |
| 29. | One Pair 14K White Gold Hoop Earrings With 75 PT Diamond; |
| 30. | One 14K White Gold Necklace With Two-Tone Pendant and 55 PT Diamond Bearing The Name "GUCCI"; |
| 31. | One 14K Yellow Gold Ring With .30 CT WT Diamond And .40 CT Sapphire; |
| 33. | One 14K Yellow Gold Ring With Non-Diamond Stones; |
| 34. | One 14K Yellow Gold 2-Tone Necklace With Non-Diamond Stones; |
| 35. | One 14K Yellow Gold Ring With .15 CT Diamond; |
| 36. | One Pair 14K White Gold Earrings With .50 CT WT Diamond; |
| 37. | One 14K Yellow Gold Ring With A.00 CT Sapphire And 10 PT Diamond; |
| 38. | One 10K Yellow Gold Ring With 45 PT Diamond And 1.50 Sapphire; |
| 39. | One 14K Yellow Gold Band With 80 PT Baguette Diamond; |
| 40. | One Pair 14K Gold Hoop Earrings; |

/ / /

| ITEM NUMBER | DESCRIPTION |
|---|---|
| 42. | One 14K Yellow Gold Ring With Opal And 75 PT Total WT Diamond; |
| 45. | One 14K Yellow Gold Anklet; |
| 46. | One 10K Yellow Gold Ring With Non-Diamond Stones; |
| 47. | Kenneth Cole Watch Bearing Serial Number F98-04-KC3485; |
| 48. | One Pair 14K White Gold Earrings With 1.00 CT WT Baguette Diamond; |
| 49. | One 14K Yellow Gold Hoop Earrings With .58 CT Round And Baguette Diamond; |
| 50. | One Pair 14K White Gold Diamond Earrings With 65 PT Diamond Bearing the Name "Gucci"; |
| 51. | One 14K Yellow Gold Bracelet With Amber; |
| 52. | One 14K Yellow Gold Bracelet With Amber; |
| 53. | One Pair 14K Yellow Gold Earrings With Heart Shaped .50 CT Diamond (1 missing stone); |
| 54. | One 14K 2-Tone Bracelet With Non-Diamond Stones; |
| 55. | 14K Yellow Gold Engagement Ring (2 pieces); |
| 56. | One Pair 14K 2-Tone Hoop Earrings; |
| 58. | One 14K Yellow Gold Cross Pendant With 80 PT Diamond And Lace Chain (missing stone); |
| 60. | One 14K Yellow Gold Ring With 15 PT Diamond; |

The United States Marshals Service is ordered to dispose of the above-described items of defendant jewelry in accordance with law.

4.   The following items of defendant jewelry shall be returned to claimant:

| ITEM NUMBER | DESCRIPTION |
|---|---|
| 10. | One 14K Yellow Gold Necklace With Heart; Pendant With Picture; |
| 27. | One Silver Bracelet; |
| 32. | One 14K Rope Chain With Medallion; |
| 41. | One "Bulova" Watch, believed to be an imitation; |
| 43. | One Cartier Case With 18K Band Watch Bearing Serial Number 11002 C24669; |
| 44. | One 14K Yellow Gold Bracelet With 5.50 CT WT Diamond; |
| 57. | One 14K Yellow Gold Ring With Name "RANDY"; |
| 59. | One 14K Yellow Gold Class Ring With Green Stone; and |
| 61. | One 14K Yellow Gold Bracelet With The Name "NATHAN". |

The above-described items of defendant jewelry shall be returned to claimant in care of Michael T. Shannon, attorney at law, 301 E. Colorado Blvd., Ste. 320, Pasadena, California 91101.

5.   Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   The Court finds that there was reasonable cause for the seizure of the defendant jewelry and institution of these proceedings.   This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated:     3/30/09

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel and pro se appear on the next page.]**

1   **Approved as to form and content:**

2   Dated: March ___, 2009          THOMAS P. O'BRIEN
                                     United States Attorney
3                                    CHRISTINE C. EWELL
                                     Chief, Criminal Division
4                                    STEVEN R. WELK
                                     Assistant United States Attorney
5                                    Chief, Asset Forfeiture Section

6

7                                    _____
                                     LISABETH SHINER
8                                    Special Assistant United States Attorney
                                     Asset Forfeiture Section
9
                                     Attorneys for Plaintiff
10                                   United States of America

11

12   Dated: March ___, 2009

13                                   _____

14                                   FRANCISCO REAL
                                     Pro Se

15

16

17

18

19

20

21

22

23

24

25

26

27

28